## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

**BOLAN JAHNSEN DACEY**
By: Thomas R. Walters, Esq.
Attorney ID # 035001990
830 Broad Street, Suite 4
Shrewsbury, NJ 07702
Ph: (732) 212-1200/Fax: (732) 212-0404
Attorneys for Defendant(s) SCS Logistics, Inc.
d/b/a Avalanche Express and Noel Fortun

| | | |
|---|---|---|
| MAURICE GREGOIRE, et al. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:17-cv-11612-RMB-AMD |
| vs. | ) | |
| | ) | CIVIL ACTION |
| NOEL FORTUN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed as to defendants, with prejudice and without costs against either party.

Dated: October 24, 2018

**BOLAN JAHNSEN DACEY**                     **ADAM M. KOTLAR, LLC**

_____                    _____
THOMAS R. WALTERS                            JOSE W. HERNANDEZ